ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>QUENTEL REED,<br>    Defendant. | No. 4:23-mj-71362-MAG<br><br>STIPULATION AND ORDER CONTINUING HEARING<br><br>Date:  October 11, 2023<br>Time:  10:30 a.m.<br>Hon. Donna M. Ryu |

This matter is set for status regarding preliminary hearing/arraignment on October 11, 2023 at 10:30 a.m. regarding a criminal complaint and pending Form 12. The probation officer intends to file an amended Form 12 on which the defendant will need to be arraigned. Moreover, the parties are currently in discussions regarding a possible pre-indictment resolution that would encompass the Form 12. In light of these developments, the parties request a short continuance.

IT IS HEREBY STIPULATED that the hearing set for October 11, 2023 at 10:30 a.m. be continued to October 25, 2023 at 10:30 a.m.

IT IS FURTHER STIPULATED that an exclusion of time is necessary under 18 U.S.C. § 3161. The parties request an exclusion of time under the Speedy Trial Act from October 11, 2023 to October 25, 2023 and find that the ends of justice served by the continuance outweigh the best interest of the public

and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This continuance is based on the following factors:

- Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other schedule case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

- Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the status hearing regarding preliminary hearing/arraignment set for October 11, 2023 is continued to October 25, 2023 based on the parties' showing of good case for extending the time limits for a preliminary hearing under the Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the reasons set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

DATED: October 9, 2023

_____/S/_____
ANNE BELES
Attorney for Defendant

DATED: October 9, 2023

ISMAIL J. RAMSEY
United States Attorney

_____/S/_____
CYNTHIA JOHNSON
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: October 10, 2023

HON. DONNA M. RYU
Chief Magistrate Judge